UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: SACV 14-1272-CAS (MAN)         Date: July 15, 2015

Title:    Daniel Escalona v. Amy Miller (Warden)
=========================================================================
DOCKET ENTRY:     ORDER TO SHOW CAUSE
=========================================================================
PRESENT:

         Hon. Margaret A. Nagle, United States Magistrate Judge

         Mel Zavala                      N/A
         Deputy Clerk                 Court Reporter/Tape No.

   ATTORNEYS PRESENT FOR PETITIONER:        ATTORNEYS PRESENT FOR RESPONDENTS:

       N/A                                      N/A

**PROCEEDINGS (In Chambers):**

On August 22, 2014, the Court issued an Order staying this case to permit Petitioner to exhaust two of his claims in the state courts. The August 22 Order expressly stated that the stay was conditioned on Petitioner's filing of status reports regarding his state-court efforts: (1) within 90 days of that Order; and (2) every 45 days thereafter.

Petitioner did file an initial status report on November 12, 2014, but since that date, he has neither filed a status report nor otherwise communicated with the Court. Accordingly, Petitioner is ORDERED TO SHOW CAUSE why this case should not be dismissed based upon his failure to comply with the August 22 Order. **By no later than July 31, 2015**, Petitioner shall file a response to this Order to Show Cause, explaining his failure to comply with the Court's prior Order. Alternately, if Petitioner has completed the exhaustion process as contemplated last August, then he may discharge this Order to Show Cause by filing a status report so notifying the Court and requesting that the stay be lifted.

Petitioner is cautioned that the failure to comply with these instructions may result in: (1) an order vacating the stay *nunc pro tunc;* and (2) the dismissal of the action based on Petitioner's failure to prosecute and/or his failure to comply with the Court's orders.

IT IS SO ORDERED.