JS-6

1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  **DANIEL ESCALONA,** ) | **NO. SACV 14-1272-CAS (KLS)** |
| 12                **Petitioner,** ) | |
|          **v.** ) | **JUDGMENT** |
| 13 ) | |
| 14  **AMY MILLER, Warden,** ) | |
| 15 ) | |
|                **Respondent.** ) | |
| 16  _____ ) | |

17

18          Pursuant to the Court's Order Accepting Findings and Recommendations of United

19   States Magistrate Judge,

20

21          IT IS ADJUDGED that this action is dismissed without prejudice.

22

23   DATED:     September 25, 2015

24                                                                    _

25                                              CHRISTINA A. SNYDER
                                                UNITED STATES DISTRICT JUDGE

26
27
28

1